JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE S. LACY, | ) | No. CV 18-9807 JGB (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R. FISHER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: December 21, 2018

_____
JESUS G. BERNAL
United States District Judge